UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In re:  Case Number: 25-10906
Ryan David Wells
Debtor  Chapter 13

## NOTICE OF HEARING

The Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss having been filed by Timothy H. Ivy on August 6, 2025.

**NOTICE IS HEREBY GIVEN THAT:**

The Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss shall be held on September 11, 2025, at  9:00 am in the United States Bankruptcy Court, Courtroom 342, 111 South Highland Avenue, Jackson, Tennessee, 38301.

This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/s/Timothy H. Ivy,
CHAPTER 13 TRUSTEE

## TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The Chapter 13 Trustee, pursuant to 11 USC § 1302(b)(2)(B), recommends to the Court that confirmation of the proposed plan be denied for the following reasons:

11 U.S.C. 1325(b)(1)(B) the debtor has failed to devote all of the projected disposable income to be received in the applicable commitment period.

11 U.S.C. 1324(a) the schedules filed in this case are inaccurate or incomplete and a determination of whether the plan as proposed meets the standards for confirmation cannot be made.

Because the plan and/or petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within a reasonable time.

**Premises considered, your Chapter 13 Trustee prays:**

1. That the Court set this objection for a hearing.

2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny confirmation and grant the debtor reasonable time in which to submit a modified plan.

/s/Timothy H. Ivy
**Timothy H. Ivy (18053)**
**CHAPTER 13 TRUSTEE**
**250 NORTH PARKWAY, STE. 1**
**JACKSON, TN 38305-2735**
**(731) 664-1313**

Date: August 6, 2025

**CC:    CHAPTER 13 TRUSTEE**

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this objection was served on the following parties by first class mail, postage prepaid or by electronic mail on 8/6/2025:

**Debtor:**
**Ryan David Wells**
**2505 Pitts Road**
**Sardis, TN 38371**

**Attorney:**
**KEN WALKER**
**WALKER, WALKER & WALKER**
**PO BOX 530**
**LEXINGTON, TN 38351-0530**

/s/ Timothy H. Ivy
Timothy H. Ivy

**#TOTCMTD**